■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND T. TOWNSEND, Appellant. [890 NYS2d 856]—

Memorandum: We affirm for reasons stated in the decision at County Court dated May 22, 2007. We add only that, to the extent that the contention of defendant that he was denied effective assistance of counsel survives the plea (*see People v Santos*, 37 AD3d 1141 [2007], *lv denied* 8 NY3d 950 [2007]), it is without merit (*see generally People v Ford*, 86 NY2d 397, 404 [1995]). Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Gorski, JJ.